# Third District Court of Appeal

## State of Florida

Opinion filed Augus 13, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0411
Lower Tribunal Nos. F23-20300, F23-20301, F23-20351

_____


**Maximiliano Rey Valhuerdi,**
Appellant,

vs.

**State of Florida,**
Appellee.


An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Cristina Miranda, Judge.

Maximiliano Rey Valhuerdi, in proper person.

James Uthmeier, Attorney General, for appellee.

Before LOGUE, GORDO and BOKOR, JJ.

PER CURIAM.

Affirmed.